**Mark Wayne BALLARD,**
**Plaintiff-Appellant,**

v.

**Marcellus BUCHANAN; Don Gast, Ausa Asheville, NC; Martin Reidinger, US District Court Judge at Bryson City, NC; Timothy S. Woo, US Probation Officer at Asheville, NC; Dennis Chrisp; Danny E. Davis; Dennis Howell, US Magistrate Judge at Bryson City, NC; FNU LNU, F.B.I Agent is Employed as Indian Case Agent Asheville, NC; Donald Wolfe, Bureau of Indian Affairs Investigator at Asheville NC; FNU LNU, Female Cherokee Tribal Police Officer at Bryson City, NC; Jason E.B. Smith; Mark Buchanan; Jason Howell, Tribal Police Officer for Cherokee Indian Police Dept. at Bryson City, NC, Defendants-Appellees.**

No. 16-6417

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2016

Decided: July 22, 2016

Mark Wayne Ballard, Appellant Pro Se.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Wayne Ballard appeals the district court's order denying the postjudgment motion for miscellaneous relief that Ballard filed in his 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Ballard's informal brief does not challenge the basis for the district court's disposition, Ballard has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED